IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03346-BNB

MIKEAL GLENN STINE,

    Petitioner,

v.

MR. D. BERKEBILE, Warden, ADX,
DR. CHRISTOPHER WILSON, ADX, and
MR. JON MATTES, DDS (EX-ADX Dentist),

    Respondents.

## DENIAL OF REQUEST

Petitioner, Mikeal Glenn Stine, is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at ADX Florence. Mr. Stine, acting *pro se*, has filed the following: (1) A Statement of Facts, in which he requests leave to proceed with the attached complaint; (2) a list of prior lawsuits in which he was named as a party; (3) a list of prior lawsuits in which he named the same defendants as he named in the attached proposed complaint; (4) a list of lawsuits in which judgment was rendered against him; (5) a list of lawsuits in which judgment was rendered in his favor; (6) a proposed prisoner complaint; (7) an affidavit; and (8) a copy of his filing restrictions.

The Court has reviewed the documents Mr. Stine has filed and finds that he has not complied with the requirements of his filing restrictions under *Stine v. Lappin, et al.*, No. 07-cv-01839-WYD-KLM, Doc. No. 344 at 30-32(D. Colo. Sept. 1, 2009). Mr. Stine failed to identify all previous cases brought by him in which one of the named defendants was a party, and he failed to provide all of the information requested in the Complaint form.

Mr. Stine has failed to comply with the injunction set forth in Case No. 07-cv-01839-WYD-KLM.  Accordingly, it is

ORDERED that Mr. Stine's request to proceed with the proposed complaint, ECF No. 1, is DENIED without prejudice.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  5th  day of    February   , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court